440 F.2d 405
 UNITED STATES of America, Plaintiff-Appellee,
v.
Eddie Lee DIXON, Defendant-Appellant.
 No. 30818 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 April 13, 1971.
 
 Appeal from United States District Court, Middle District of Georgia; J. Robert Elliott, District Judge.
 James W. Smith, Smith, Gardner, Wiggins, Geer & Brimberry, Albany, Ga., for defendant-appellant.
 William J. Schloth, U. S. Atty., Charles T. Erion, Asst. U. S. Atty., Macon, Ga., for plaintiff-appellee.
 Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir., see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966